# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 16-cv-00841-RM-MJW

JAMES ROBERT GRESHAM,

    Plaintiff,

v.

ROBERT HIMSCHOOT, and
JASON LENGERICH,

    Defendants.

---

# **ORDER**

---

This matter is before the Court on the January 2, 2018 "Report and Recommendation Plaintiff's Motion to Address a Conflict of Interest and Transfer (Docket No. 76)" of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 81) to deny Plaintiff's "Motion to Address a Conflict of Interest and Transfer" (ECF No. 76). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 81 at pages 5-6.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Docket.)

The Court concludes that Magistrate Judge Watanabe's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there

is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) **ADOPTS** the Magistrate Judge's "Report and Recommendation Plaintiff's Motion to Address a Conflict of Interest and Transfer (Docket No. 76)" (ECF No. 81) in its entirety; and

(2) **DENIES** Plaintiff's "Motion to Address a Conflict of Interest and Transfer" (ECF No. 76).

DATED this 26th day of January, 2018.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge